## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| GREGG HART, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVONGO HEALTH, INC., GLEN E. TULLMAN, CHRISTOPHER BISCHOFF, ZANE BURKE, KAREN L. DANIEL, SANDRA FENWICK, PHILIP D. GREEN, HEMANT TANEJA, TEMPRANILLO MERGER SUB, INC., and TELADOC HEALTH, INC.,<br><br>Defendants. | Case No. 1:20-cv-01222-RGA |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: November 12, 2020

**OF COUNSEL:**

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Facsimile: (914) 301-3514

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*